**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CIVIL ACTION NO. 2:26-CV-________**

**JANE DOE** **PLAINTIFF**

**v.**

**COVINGTON INDEPENDENT SCHOOL DISTRICT, *et al.*** **DEFENDANTS**

---

**NOTICE OF REMOVAL**

---

Defendant, Covington Independent School District Board of Education, by and through counsel, hereby gives notice of removal of a lawsuit filed in the Kenton Circuit Court, Fourth Division, Case No. 26-CI-01918, styled *JANE DOE v. COVINGTON INDEPENDENT SCHOOL DISTRICT, et al.*, to the United Stated District Court for the Eastern District of Kentucky at Covington, and state:

1. On August 10, 2026, Plaintiff Jane Doe filed an action in the Kenton Circuit Court, styled *JANE DOE v. THE BOARD OF EDUCATION OF THE COVINGTON INDEPENDENT SCHOOL DISTRICT, MASON GOINS, AND JOHN/JANE DOES 1-10*, and the Kenton Circuit Court assigned the case as Civil Action Number 26-CI-01918.

2. One August 14, 2026, Defendant Covington Independent School District was served with the Summons and Complaint in the above-referenced action.

3. Attached hereto are true and accurate copies of the Summons and Complaint, which constitute all of the papers and pleadings served on the Defendant Covington Independent School District in this action and/or filed with the Kenton Circuit Court.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441 in that:

a. In her Complaint, Plaintiff alleges violations of her rights guaranteed under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, et seq., specifically claiming that she was deprived of access to educational opportunities and benefits provided by the Covington Independent School District under this federal statute, for which the United States District Courts are given original jurisdiction pursuant to the statutes cited above; and,

b. In her Complaint, Plaintiff alleges related state law claims against the Covington Independent School District for negligence and premises liability, over which the United States District Courts have supplemental jurisdiction.

c. In her Complaint, Plaintiff acknowledges and concedes her claims are subject of removal to the United States District Court for the Easter District of Kentucky.

5. This action is properly removeable pursuant to 28 U.S.C. §1441(a).

6. The Defendant will promptly file a copy of the Notice of Removal with the Kenton Circuit Court pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE,** the Defendant Covington Independent School District respectfully requests that this case proceed before this Court as an action properly removed effective as of the date of the filing of this notice.

Respectfully submitted,

***/s/ Aaren E. Meehan***
Mary Ann Stewart, Esq. (#82754)
Aaren E. Meehan, Esq. (#96505)
Shelbi L. Shultz, Esq. (#100636)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
p: 859.394.6200 **|** f: 859.392.7200
mstewart@adamsattorneys.com
ameehan@adamsattorneys.com
sshultz@adamsattorneys.com

*Attorneys for Covington Independent School District*

**CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of September, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served via electronic mail and regular U.S. mail, postage prepaid, upon the following:

Robert Ott, Esq.
Isaacs & Isaacs, PSC
1601 Business Center Court
Louisville, KY 40299
robert.ott@wewin.com

Mason Goins
Fulton County Detention Center
2010 South Seventh Street
Hickman, Kentucky 42050

***/s/ Aaren E. Meehan***
Aaren E. Meehan, Esq.