**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CIVIL ACTION NO. 2:26-CV-00367-DLB-CJS**

**JANE DOE** **PLAINTIFF**

**v.**

**THE BOARD OF EDUCATION OF THE COVINGTON INDEPENDENT SCHOOL DISTRICT d/b/a HOLMES HIGH SCHOOL, et al.** **DEFENDANTS**

---

**APPEARANCE OF COUNSEL FOR PLAINTIFF**

---

**To the Clerk of this court and all parties of record:**

The undersigned attorney now appears in this case for the Plaintiff Jane Doe.

Robert A. Ott / 33868-10
Isaacs & Isaacs, PSC
1601 Business Center Court
Louisville, KY 40299
Telephone: (502) 458-1000
Fax: (502) 516-7401
robert.ott@wewin.com

I certify that I am admitted to practice in this court.

Respectfully submitted,

**ISAACS & ISAACS, PSC**

***/s/ Robert A. Ott***______________________
Robert A. Ott, Kentucky Bar No. 91927
1601 Business Center Court
Louisville, KY 40299
Telephone: (502) 458-1000
Fax: (502) 516-7401
robert.ott@wewin.com
*Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served, this 4th day of September, 2026, upon the following, electronically and/or by U.S. Mail as necessary:

Mary Ann Stewart, Esq.
Aaren E. Meehan, Esq.
Shelbi L. Shultz, Esq.
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
mstewart@adamsattorneys.com
ameehan@adamsattorneys.com
sshultz@adamsattorneys.com
*Counsel for Covington Independent School District*

Mason Goins
Fulton County Detention Center
2010 South Seventh Street
Hickman, KY 42050

***/s/ Robert A. Ott***
Robert A. Ott