**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CIVIL ACTION NO. 2:26-CV-00367-DLB-CJS**

**JANE DOE** **PLAINTIFF**

**v.**

**THE BOARD OF EDUCATION OF THE COVINGTON INDEPENDENT SCHOOL DISTRICT d/b/a HOLMES HIGH SCHOOL, et al.** **DEFENDANTS**

---

**PLAINTIFF JANE DOE'S RULE 7.1(a)(2) DISCLOSURE STATEMENT**

---

This Disclosure Statement is filed on behalf of Jane Doe in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

Jane Doe – Pseudonym for a Sexual Assault Victim
Citizen of the Commonwealth of Kentucky

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

**ISAACS & ISAACS, PSC**

***/s/ Robert A. Ott***
Robert A. Ott, Kentucky Bar No. 91927
1601 Business Center Court
Louisville, KY 40299
Telephone: (502) 458-1000
Fax: (502) 516-7401
robert.ott@wewin.com
*Counsel for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this 4th day of September, 2026, upon the following, electronically and/or by U.S. Mail as necessary:

Mary Ann Stewart, Esq.
Aaren E. Meehan, Esq.
Shelbi L. Shultz, Esq.
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
mstewart@adamsattorneys.com
ameehan@adamsattorneys.com
sshultz@adamsattorneys.com
*Counsel for Covington Independent School District*

Mason Goins
Fulton County Detention Center
2010 South Seventh Street
Hickman, KY 42050

***/s/ Robert A. Ott***
Robert A. Ott