**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CIVIL ACTION NO. 2:26-CV-00367-DLB-CJS**

**JANE DOE** **PLAINTIFF**

**v.**

**THE BOARD OF EDUCATION OF THE COVINGTON INDEPENDENT SCHOOL DISTRICT d/b/a HOLMES HIGH SCHOOL, et al.** **DEFENDANTS**

---

**PLAINTIFF'S MOTION TO APPOINT A GUARDIAN AD LITEM FOR INCARCERATED DEFENDANT MASON GOINS**

---

Comes now the Plaintiff, Jane Doe, by and through counsel and moves this Honorable Court to appoint a Guardian Ad Litem for the incarcerated Defendant Mason Goins.

As grounds for this Motion, the Plaintiff states that Defendant Mason Goins is currently an incarcerated prisoner in the Fulton County Detention Center. He is currently incarcerated for charges arising out of his unlawful acts committed against Jane Doe, in this matter, and for unlawful acts committed in Kenton County against another individual. It is believed that Defendant Mason Goins is unable to defend himself in this action. Therefore, the Plaintiff respectfully requests, pursuant to FRCP 17(c) that the Court appoint a practicing attorney as Guardian Ad Litem for the Defendant Mason Goins. Should the Defendant Mason Goins show that he is able to defend himself in the within action, the Guardian Ad Litem will be permitted to withdraw his/her appearance from this matter.

WHEREFORE, Plaintiff, Jane Doe, by and through counsel, respectfully requests the Court grant her Motion to Appoint a Guardian Ad Litem for the Defendant Mason Goins.

Respectfully submitted,

**ISAACS & ISAACS, PSC**

***/s/ Robert A. Ott***

Robert A. Ott, Kentucky Bar No. 91927
1601 Business Center Court
Louisville, KY 40299
Telephone: (502) 458-1000
Fax: (502) 516-7401
robert.ott@wewin.com
*Counsel for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this 4th day of September, 2026, upon the following, electronically and/or by U.S. Mail as necessary:

Mary Ann Stewart, Esq.
Aaren E. Meehan, Esq.
Shelbi L. Shultz, Esq.
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
mstewart@adamsattorneys.com
ameehan@adamsattorneys.com
sshultz@adamsattorneys.com
*Counsel for Covington Independent School District*

Mason Goins
Fulton County Detention Center
2010 South Seventh Street
Hickman, KY 42050

***/s/ Robert A. Ott***
Robert A. Ott