2:26-cv-367

September 9th, 2026
Notice of Incarceration

Eastern District of Kentucky
FILED
SEP 14 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

To the US District Clerk,
Regarding Case Number 26-CI-01918.

Plaintiff Jane Doe vs Defendant Board of Education of the Covington Independent School District DBA Holmes High School, Mason Goins, John/Jane Does 1-10.

I am defendant Mason Goins and I am currently incarcerated at the Fulton County Detention Center (2010 S 7th St, Hickman, KY 42050). Under Kentucky CR 17.04, a default judgement cannot be entered against a prisoner.

I respectfully request that the court formally record my incarceration and appoint a Guardian ad Litem (GAL) to defend my interests in this matter.

Thank you,

Mason Goins