Mason Goins
2010 S 7th St
Hickman, KY 42050

LOUISVILLE KY 400
11 SEP 2026 PM 2 L




US District Clerk
35 West 5th Street
Covington, KY 41011

JAIL MAIL
UNCENSORED

41011-140135

BACK OF ENVELOPE